CAUSE NUMBER 241-0978-04

FILED PAGE 1
JUL 1 3 2015
CLERK 24 ... DIST. COURT, SMITH CO., TX
BY

CAUSE NUMBER 241-0978-04

| | | |
|---|---|---|
| STATE OF TEXAS | § | IN THE 241ST JUDICIAL |
| VS. | § | DISTRICT COURT OF |
| TRACY BEATTY | § | SMITH COUNTY, TEXAS |

Capital Murder, Capital Felony
as charged in the Indictment

FORMAL SENTENCING
PURSUANT TO MANDATE FROM TEXAS COURT OF CRIMINAL APPEALS
ORDER SETTING DATE OF EXECUTION
ORDER FOR ISSUANCE OF WARRANT OF EXECUTION

# JUDGMENT

JUDGE PRESIDING AT TRIAL:
JACK SKEEN, JR.

Date originally sentenced
and Judgment: 08-10-04

JUDGE PRESIDING AT FORMAL
SENTENCING
JACK SKEEN, JR.

Date of formal sentencing:
May 13, 2009, upon Mandate
affirming case and Order Denying
11.071 State Writ: May 6, 2009

Date of re-sentencing following denial of
federal habeas corpus relief: July 13, 2015

ATTORNEY FOR STATE AT TRIAL:
MATT BINGHAM
J. BRETT HARRISON
APRIL SIKES

ATTORNEY FOR DEFENDANT AT TRIAL:
ROBERT C. PERKINS
KEN HAWK

ATTORNEY ON DIRECT APPEAL:
DON DAVIDSON

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUL 16 2015
Abel Acosta, Clerk

ATTORNEY ON 11.071 STATE WRIT:
JEFF HAAS

ATTORNEY ON FEDERAL HABEAS
CORPUS WRIT:
THOMAS SCOTT SMITH

ATTORNEY AT FINAL SENTENCING
FOLLOWING DENIAL OF FEDERAL
HABEAS CORPUS RELIEF:
AUSTIN REEVE JACKSON

---

OFFENSE CHARGED: <u>CAPITAL MURDER</u>         DATE OFFENSE
CONVICTED OF: <u>CAPITAL MURDER</u>            COMMITTED <u>NOVEMBER 25, 2003</u>
DEGREE: <u>CAPITAL FELONY</u>

---

CHARGING INSTRUMENT: <u>INDICTMENT</u>         PLEA:  <u>NOT GUILTY</u>
TERMS OF PLEA BARGAIN <u>NONE</u>

---

DATE SENTENCE FORMALLY PRONOUNCED
AND IMPOSED: <u>AUGUST 10, 2004</u>            COSTS:       $273.00

---

Date Sentence Formally Pronounced following Mandate from Texas Court of Criminal Appeals affirming Judgment and Sentence, April 7, 2009, and following denial of 11.071 writ application May 6, 2009:
　　　　　　<u>MAY 13, 2009</u>

Date Sentence Formally Pronounced following Denial of Federal Habeas Corpus Relief:
　　　　　　<u>JULY 13, 2015</u>

---

**DATE OF EXECUTION:   08/13/2015 as provided by law**

---

Punishment:                                  Date Set for Execution:
　　　Death by lethal injection              08/13/2015 as provided by law
　　　as provided by law
Place of Execution:
　　　As provided by law in the Texas Department of Criminal
　　　Justice - Institutional Division (formerly Texas Department
　　　of Corrections, State Penitentiary)

## JUDGMENT AND SENTENCE UPON FORMAL SENTENCING
## WARRANT OF EXECUTION

The Defendant having been indicted in the above entitled and numbered cause for the felony offense of <u>CAPITAL MURDER</u> as charged in the indictment, a capital felony, and this cause being called for jury selection on JULY 08, 2004, the State appeared by her Criminal District Attorney <u>MATT BINGHAM</u> and Assistant District Attorneys <u>J. BRETT HARRISON AND APRIL SIKES</u>, and the Defendant <u>TRACY BEATTY</u>, appeared in person and his counsel <u>ROBERT C. PERKINS AND KEN HAWK</u>, also being present and both parties announced ready and jury selection commenced, and the Defendant in open court was duly arraigned and pleaded Not Guilty to the charge of Capital Murder as contained in the indictment herein, thereupon jury, to-wit: MITCHELL HARRIS, and eleven others, were duly selected, along with one alternate juror, and upon completion of jury selection the jury was impaneled and sworn. On AUGUST 2, 2004 the Court proceeded with the trial with the reading of the indictment, the Defendant entering his plea of "Not Guilty," opening statements, and introduction of evidence. The jury, who having heard the evidence submitted, and having been duly charged by the court, and after hearing argument of counsel, retired in the charge of the proper officer to consider their verdict, and afterward were brought into open Court, by the proper officer, the Defendant and his counsel being present, and in due form of law returned into open Court the following unanimous verdict, which was received by the Court, and is here and now entered upon the minutes of the Court, to wit:

> WE, THE JURY, find unanimously and beyond a reasonable doubt, the Defendant, TRACY BEATTY, Guilty of Capital Murder, that is intentional murder committed in the course of committing burglary of a habitation, as charged in the indictment.

<u>/S/ MITCHELL HARRIS</u>
FOREMAN

The Defendant having been found guilty of Capital Murder by the verdict of the jury and thereupon further evidence being heard by the jury on the special issues pertaining to punishment, the Court again charged the jury as provided by law on the following special issues:

### SPECIAL ISSUE NO. 1

Is there a probability that the Defendant, TRACY BEATTY, would commit criminal acts of violence that would constitute a continuing threat to society?

### SPECIAL ISSUE NO. 2

Taking into consideration all of the evidence, including the circumstances of the offense, the Defendant's character and background, and the personal moral culpability of the Defendant, is there

sufficient mitigating circumstance or circumstances to warrant that a sentence of life imprisonment rather than a death sentence be imposed?

The jury, after hearing arguments of counsel, retired in charge of the proper officer to consider their verdict and afterwards were brought into open Court by the proper officer; the Defendant and his counsel being present and in due form of law returned into open Court the following verdict, which was received by the Court and is here and now entered upon the minutes of the Court, to-wit:

### ANSWER TO SPECIAL ISSUE NUMBER 1:

We, the jury unanimously find and determine beyond a reasonable doubt that the answer to this Special Issue No. 1 is "YES."

/s/ MITCHELL HARRIS
FOREMAN

### ANSWER TO SPECIAL ISSUE NUMBER 2:

We, the jury unanimously find and determine beyond a reasonable doubt that the answer to this Special Issue No. 2 is "NO."

/s/ MITCHELL HARRIS
FOREMAN

### JURY CERTIFICATE

WE, THE JURY, RETURN IN OPEN COURT THE ABOVE ANSWER OR ANSWERS AS OUR ANSWER OR ANSWERS TO THE SPECIAL ISSUE OR SPECIAL ISSUES SUBMITTED TO US, AND THE SAME IS OUR VERDICT IN THIS CASE.

/s/ MITCHELL HARRIS
FOREMAN

IT IS THEREFORE considered and adjudged by the Court, that the said Defendant is guilty of the offense of Capital Murder, as charged in the indictment, a Capital Felony; and that the said Defendant committed said offense on or about the 25th day of NOVEMBER, 2003, as found by the jury, and that he be punished, as has been determined by the jury's answers to the special issues and in accordance with State law by imposition of the sentence of DEATH, according to the law.

THEREUPON the said Defendant was informed by the Court of the mandatory appeal of this Judgment and Sentence to the Texas Court of Criminal Appeals as provided by law and rights to an 11.071 Application for Writ of Habeas Corpus, and further the said Defendant was asked by the Court whether he had anything to say why said sentence should not be pronounced against him, subject to the mandatory appeal and mandate, and he answered nothing in bar thereof, and it appearing to the Court that the Defendant is mentally competent and understands the English language, the Court proceeded, then in the presence of the Defendant, his counsel, and counsel for the State, to pronounce sentence, subject to mandatory appeal, against him as follows:

IT IS THE ORDER OF THE COURT, that the said Defendant, TRACY BEATTY, is guilty of the offense of CAPITAL MURDER, as charged in the indictment, a Capital Felony; and that the said Defendant, TRACY BEATTY, committed said offense of CAPITAL MURDER on or about the 25th day of NOVEMBER, 2003, as found by the jury, and that he be punished, as has been determined by the jury's answers to the special issues along with Texas law, by imposition of the punishment of DEATH, according to the law, and said Defendant is remanded to the Sheriff of Smith County, Texas to be delivered to the Director of the Texas Department of Corrections (Texas Department of Criminal Justice, Institutional Division), or other person legally authorized to receive said Defendant, to be held until the date for execution as set out in this judgment and Death Warrant with date of execution, as provided by law.

The Court certified the record for appeal and an appeal to the Texas Court of Criminal Appeals followed. On the 7TH day of APRIL, 2009, the Texas Court of Criminal Appeals issued its Mandate in this cause of action and finding that there was no error in the judgment of the trial court, it ORDERED, ADJUDGED, and DECREED that the judgment of the trial court be in all things affirmed, and that the Defendant pay all costs in this behalf expended and that the Defendant's motion for rehearing be denied. The trial court received the Mandate commanding the trial court to observe the order of the Texas Court of Criminal Appeals in this case and to duly recognize, obey and execute said mandate.

On MAY 6, 2009 the Texas Court of Criminal Appeals issued its Order denying the Defendant's Application for a State 11.071 Writ of Habeas Corpus.

After exhausting his state court remedies, Defendant filed a federal habeas petition, which the federal district court rejected. The Fifth Circuit Court of Appeals affirmed the denial of a certificate of appealability on July 16, 2014. Finally, on May 18, 2015, the United States Supreme Court refused review of this matter.

On July 13, 2015, this case was again called for formal sentencing in accordance with the verdicts and Judgment herein rendered and entered against the Defendant, TRACY BEATTY, on August 10, 2004. The State appeared by her Criminal District Attorney, MATT BINGHAM, (together with her Assistant Criminal District Attorney APRIL SIKES) and the Defendant, TRACY

BEATTY, appeared in person and with AUSTIN REEVE JACKSON, as his current counsel for formal setting of a date of execution, and whereupon the State of Texas announced ready and the Defendant announced ready, and the Defendant offered nothing at bar as to why the date of execution should not be set, the Court proceeding with formal sentencing and setting the date of execution. Thereupon the Defendant, TRACY BEATTY, through his counsel was asked by the Court whether he had anything to say or offer at bar as to why sentence should not be formally pronounced against him and said counsel indicated there was nothing he had to offer at bar as to why sentence should not be formally pronounced and a date of execution set. It appearing to the Court the Defendant, TRACY BEATTY, is mentally competent and understanding of the English language, the Court proceeded, in the presence of the said Defendant, TRACY BEATTY, and all his counsel and counsel for the State, in open court to formally pronounce Judgment and Sentence against the Defendant in accordance with the jury's verdicts and mandate of the Texas Court of Criminal Appeals, to set the date of execution, and to order issuance of the Warrant of Execution as follows:

IT IS THE ORDER OF THE COURT, that the said Defendant, TRACY BEATTY, who has been adjudged to be GUILTY of the felony offense of CAPITAL MURDER, as charged in the indictment in this cause, a Capital Felony; and that the said Defendant, TRACY BEATTY, committed said offense on the 25th day of NOVEMBER, 2003, as found by the jury, and whose punishment has been assessed by application of law to the verdicts of the Jury on the Special Issues submitted and the Judgment of the Court, by DEATH, according to law, and, it is ORDERED, that the Defendant, TRACY BEATTY, be taken by the Sheriff of Smith County, Texas, and by him kept in custody until the Clerk of this Court shall issue and deliver to said Sheriff a DEATH WARRANT (also known as a WARRANT OF EXECUTION), in accordance with this Judgment and Sentence, directed to the Director of the Texas Department of Criminal Justice - Institutional Division (formerly known as the Texas Department of Corrections, State Penitentiary), at Huntsville, Texas, commanding him, the said Director of the Texas Department of Criminal Justice - Institutional Division (formerly known as the Texas Department of Corrections - State Penitentiary) to put into execution the Judgment and Sentence of DEATH against the said TRACY BEATTY, and immediately upon the issuance of said WARRANT OF EXECUTION, the Sheriff of Smith County, Texas is directed to take the said TRACY BEATTY, together with the said WARRANT OF EXECUTION, to the Director of the Texas Department of Criminal Justice - Institutional Division (formerly known as the Texas Department of Corrections, State Penitentiary) or other person legally authorized to receive such convicts, and deliver the said TRACY BEATTY and said WARRANT OF EXECUTION into the custody of said Director of the Texas Department of Criminal Justice - Institutional Division (formerly known as the Texas Department of Corrections, State Penitentiary), and the said Director of the Texas Department of Criminal Justice - Institutional Division (formerly known as the Texas Department of Corrections, State Penitentiary) is hereby COMMANDED and DIRECTED to keep the said TRACY BEATTY until the

## 13TH DAY OF AUGUST, 2015

upon which day, at the Texas Department of Criminal Justice - Institutional Division (formerly

known as the Texas Department of Corrections, State Penitentiary), at any time after the hour of 6:00p.m. in a room arranged for the purpose of execution, the Director of the Texas Department of Criminal Justice - Institutional Division (formerly known as the Texas Department of Corrections, State Penitentiary) is hereby, acting by and through the executioner assigned by said Director as provided by law, COMMANDED, ORDERED, and DIRECTED to carry out this Judgment and Sentence of DEATH by intravenous injection of a substance or substances in a lethal quantity sufficient to cause the death of the said TRACY BEATTY and until said TRACY BEATTY is dead, such procedure to be determined and supervised, in accordance with law, by the said Director of the Texas Department of Criminal Justice - Institutional Division (formerly known as the Texas Department of Corrections, State Penitentiary).

ORDERED IN OPEN COURT ON THE 13TH DAY OF JULY, 2015.

SIGNED ON THIS THE 13TH DAY OF JULY, 2015.

_Jack Skeen, Jr_

HONORABLE JACK SKEEN, JR.
JUDGE, 241ST DISTRICT COURT
SMITH COUNTY, TEXAS

## ORDER

THEREFORE, it is the further ORDER and the Judgment of this Court that the Director of the Texas Department of Criminal Justice - Institutional Division (formerly known as the Texas Department of Corrections, State Penitentiary), acting by and through the executioner assigned by said Director as provided by law, be and is hereby DIRECTED, ORDERED and COMMANDED to, at any time after the hour of 6:00 p.m. on the **13TH day of AUGUST, 2015**, in a room arranged for the purpose of execution at the Texas Department of Criminal Justice - Institutional Division (formerly known as the Texas Department of Corrections, State Penitentiary) to carry out this Judgment and Sentence of DEATH by intravenous injection of a substance or substances in a lethal quantity sufficient to cause the death of the said TRACY BEATTY and until said TRACY BEATTY is dead, such procedure to be determined and supervised, in accordance with law, by the said Director of the Texas Department of Criminal Justice - Institutional Division (formerly known as the Texas Department of Corrections, State Penitentiary).

SIGNED THIS THE 13TH DAY OF JULY, 2015.

_____
HONORABLE JACK SKEEN, JR.
JUDGE, 241ST DISTRICT COURT
SMITH COUNTY, TEXAS

CAUSE NUMBER 241-0978-04                                         PAGE   9

## WARRANT OF EXECUTION

      ALL IN ACCORDANCE with this Warrant of Execution (Death Warrant) for the execution of the sentence of DEATH, and in accordance with the Judgment, Sentence, and Order Setting Date of Execution and Order for Issuance of Warrant of Execution of this Court, show herein, which I certify to be true and correct copies of such documents now on file in my office and entered on the Minutes of said Court. A certified true and correct copies of the Judgment and Sentence entered by the Court on AUGUST 10, 2004 which was affirmed by the Texas Court of Criminal Appeals, is attached hereto as Exhibit "A."

      HEREIN FAIL NOT, BUT DUE RETURN MAKE OF THE WARRANT OF EXECUTION SHOWING HOW YOU HAVE EXECUTED THE SAME.

      Given under my hand and seal of the 241ST Judicial District Court of Smith County, Texas on this the 13TH day of July, 2015.

LOIS ROGERS
DISTRICT CLERK/SMITH COUNTY, TEXAS
CLERK OF THE 241st JUDICIAL DISTRICT COURT
SMITH COUNTY, TEXAS
BY:

DEPUTY DISTRICT CLERK
Print Name: Denise Langston



FILED

JUL 13 2015

CLERK 241ST JUDICIAL DISTRICT SMITH CO. TX
BY _____ DEPUTY



FILED

AUG 1 0 2004

LOIS ROGERS
CLERK 241 ___ D___ ___
BY ___

CAUSE NO. 241-0978-04

| STATE OF TEXAS | X | IN THE 241ˢᵗ DISTRICT |
|---|---|---|
| VS. | X | COURT IN AND FOR |
| TRACY BEATTY | X | SMITH COUNTY, TEXAS |

CAPITAL MURDER, CAPITAL FELONY
as charged in the Indictment

## JUDGMENT

JUDGE PRESIDING : JACK SKEEN, JR.   JUDGMENT DATE: August 10, 2004

| ATTORNEY FOR STATE: | ATTORNEY FOR DEFENDANT: |
|---|---|
| MATT BINGHAM/BRETT HARRISON | ROBERT PERKINS |
| APRIL SIKES | KEN HAWK |

| OFFENSE CHARGED: CAPITAL MURDER | DATE OFFENSE |
|---|---|
| CONVICTED OF: CAPITAL MURDER | COMMITTED: NOVEMBER 25, 2003 |
| DEGREE: CAPITAL FELONY | |

| CHARGING INSTRUMENT: INDICTMENT | PLEA: NOT GUILTY |
|---|---|
| TERMS OF PLEA BARGAIN: NONE | |

| DATE SENTENCE FORMALLY PRONOUNCED | |
|---|---|
| AND IMPOSED: AUGUST 10, 2004 | COURT COSTS: $273.00 |

SUBJECT TO MANDATORY APPEAL AS PROVIDED BY STATUTE

PUNISHMENT AND PLACE
OF CONFINEMENT: DEATH SENTENCE
DEFENDANT ORDERED HELD IN THE TEXAS DEPARTMENT OF CRIMINAL JUSTICE-
INSTITUTIONAL DIVISION UNIT UNTIL EXECUTED PURSUANT TO LAW AND THE
JUDGMENT AND SENTENCE OF THE COURT.

Exhibit A

DATE DEATH PENALTY TO BE IMPOSED: <u>TO BE SET AFTER MANDATORY APPEAL</u>
<u>AS PROVIDED BY STATUTE</u>

TIME OF CONFINEMENT
TO DATE OF JUDGMENT: <u>224 DAYS</u>            RESTITUTION: <u>NOT APPICABLE</u>

### JUDGMENT OF CONVICTION AND DEATH SENTENCE

The Defendant having been indicted in the above entitled and numbered cause for the felony offense of <u>Capital Murder</u> as charged in the indictment, a capital felony, and this cause being called for jury selection on JULY 8, 2004, the State appeared by her Criminal District Attorney <u>D. MATT BINGHAM</u> and Assistant District Attorneys <u>J. BRETT HARRISON and APRIL SIKES,</u> and the Defendant <u>TRACY BEATTY,</u> appeared in person and his counsel <u>ROBERT PERKINS and KEN HAWK,</u> also being present and both parties announced ready and jury selection commenced, and the Defendant in open court was duly arraigned and pleaded Not Guilty to the charge of Capital Murder as contained in the indictment herein, thereupon, jury, to-wit: MITCHELL HARRIS and eleven others, were duly selected, along with one alternate juror, and upon completion of jury selection the jury was impaneled and sworn. On AUGUST 2, 2004 the Court proceeded with the trial with the reading of the indictment, the defendant entering his plea of "NOT GUILTY", opening statements, and introduction of evidence. The jury, who having heard the evidence submitted, and having been duly charged by the court, and after hearing argument of counsel, retired in the charge of the proper office to consider their verdict, and afterward were brought into open Court, by the proper officer, the Defendant and his counsel being present, and in due form of law returned into open Court the following unanimous verdict, which was received by the Court, and is here and now entered upon the minutes of the Court, to wit:

WE, THE JURY, find unanimously and beyond a reasonable doubt, the Defendant, TRACY BEATTY, Guilty of Capital Murder, that is intentional murder committed in the course of committing burglary of a habitation, as charged in the indictment.

/S/MITCHELL HARRIS
_____
FOREMAN

The Defendant having been found guilty of Capital Murder by the verdict of the jury and thereupon further evidence being heard by the jury on the special issues pertaining to punishment, the Court again charged the jury as provided by law on the following special issues:

## SPECIAL ISSUE NO. 1

Is there a probability that the defendant, TRACY BEATTY, would commit criminal acts of violence that would constitute a continuing threat to society?

## SPECIAL ISSUE NO. 2

Taking into consideration all of the evidence, including the circumstances of the offense, the defendant's character and background, and the personal moral culpability of the defendant, is there sufficient mitigating circumstance or circumstances to warrant that a sentence of life imprisonment rather than a death sentence be imposed?

The jury, after hearing arguments of counsel, retired in charge of the proper officer to consider their verdict and afterwards were brought into open Court by the proper officer; the Defendant and his counsel being present and in due form of law returned into open Court the following verdict, which was received by the Court and is here and now entered upon the minutes of the Court, to-wit:

ANSWER TO SPECIAL ISSUE NUMBER 1:

We, the jury unanimously find and determine beyond a reasonable doubt that the answer to this Special Issue No. 1 is: "YES."

/S/ MITCHELL HARRIS
FOREMAN

ANSWER TO SPECIAL ISSUE NUMBER 2:

We, the jury unanimously find and determine beyond a reasonable doubt that the answer to this Special Issue No. 2 is "NO."

/S/ MITCHELL HARRIS
FOREMAN

JURY CERTIFICATE

WE, THE JURY, RETURN IN OPEN COURT THE ABOVE ANSWER OR ANSWERS AS OUR ANSWER OR ANSWERS TO THE SPECIAL ISSUE OR SPECIAL ISSUES SUBMITTED TO US, AND THE SAME IS OUR VERDICT IN THIS CASE.

/S/ MITCHELL HARRIS
FOREMAN

IT IS THEREFORE considered and adjudged by the Court, that the said Defendant is guilty of the offense of Capital Murder, as charged in the indictment, a Capital Felony, and that the said Defendant committed said offense on or about the 25TH day of November, 2003, as found by the jury, and that he be punished, as has been determined by the jury's answers to the special issues and in accordance with State law by imposition of the sentence of DEATH, according to the law.

THEREUPON the said Defendant was informed by the Court of the mandatory appeal of this Judgment and Sentence to the Texas Court of Criminal Appeals as provided by law and rights to an 11.071 Application for Writ of Habeas Corpus, and further the said Defendant was asked by the Court whether he had anything to say why said sentence should not be pronounced against him, subject to the mandatory appeal and mandate, and he answered nothing in bar thereof, and it appearing to the Court that the Defendant is mentally competent and understands the English language, the Court proceeded, then in the presence of the Defendant, his counsel, and counsel for the state, to pronounce sentence, subject to mandatory appeal, against him as follows:

IT IS THE ORDER OF THE COURT, that the said Defendant, TRACY BEATTY, is guilty of the offense of CAPITAL MURDER, as charged in the indictment, a Capital Felony, and that the said Defendant, TRACY BEATTY, committed said offense of CAPTIAL MURDER on or about the 25th day of November, 2003, as found by the jury, and that he be punished, as has been determined by the jury's answers to the special issues along with Texas law, by imposition of the punishment of DEATH, according to the law, and said Defendant is remanded to the Sheriff of Smith County, Texas to be delivered to the Director of the Texas Department of Corrections (Texas Department of Criminal Justice, Institutional Division), or other person legally authorized to receive said Defendant, to be held until a date to be determined and ordered by this Court should the appeal in this cause be affirmed and the Mandate of same is returned to the Clerk of this Court, whereupon a Death Warrant with date of execution shall be ordered as provided by law, and there after the Defendant transported to the appropriate authority for execution as provided by law.

SIGNED this the 11th day of August, 2004.

HONORABLE JACK SKEEN, JR.
Judge, 241ST Judicial District Court
Smith County, Texas

NOTICE OF APPEAL:

MANDATED BY TEXAS LAW from date of Judgment of Death AUGUST 10, 2004.



STATE OF TEXAS
COUNTY OF SMITH

I, Lois Rogers, District Clerk of Smith County, Texas, do hereby certify that the foregoing is a true and correct copy of the original record, now in my lawful custody and possession, as appears of record in _____ Vol. _____, Page _____.

Minutes of said court on file in my office.

Witness my official hand and seal of office this

Lois Rogers, District Clerk
Smith County, Texas

By _____                    Deputy _____